# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. 18-03089-01-CR-SRB |
| **JEFFREY A. CRIDER**, | |
| Defendant. | |

## MOTION FOR DETENTION

The United States of America, by and through its undersigned counsel, moves this Court to order the detention of the defendant, Jeffrey A. Crider, and states the following in support of the motion:

1. An indictment has been filed charging Crider in Count Two with being an Armed Career Criminal, in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). As such, Crider faces a minimum sentence of 15 years' imprisonment and a maximum sentence of life imprisonment. Additionally, Crider was charged in Count Three with possessing a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A), which provides for a mandatory five year consecutive sentence to Count One, which charged a distribution of methamphetamine, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C).

2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that a hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

"(E) any felony that is not otherwise a crime of violence that involves…the possession or use of firearm…."

On April 9, 2018, Task Force Officer (TFO) A. D. Galiger of the Missouri State Highway Patrol was contacted by a confidential informant. The informant advised TFO Galiger that Jeffrey CRIDER was selling narcotics on a regular basis. The informant also stated CRIDER had been trying to sell a pistol. TFO Galiger instructed the informant to call and set up a deal with CRIDER to purchase methamphetamine and the pistol. CRIDER stated he would meet the informant at the Glass Sword Theater in West Plains and sell them the methamphetamine and pistol for three-hundred dollars ($300).

Before heading to the meeting with CRIDER, TFO Galiger met with the confidential informant and searched the informant and their vehicle. TFO Galiger, who was now working undercover, and the informant then drove in the informant's vehicle to the meeting place. Officer Galiger and the informant parked in the parking lot facing the theater. Shortly thereafter, a white car with Missouri Registration MB4 R2S arrived. Jeffrey CRIDER exited the white vehicle and got in the rear driver's side seat of the informant's vehicle. After introducing himself, CRIDER handed TFO Galiger a baggie of white substance. TFO Galiger asked if the substance was the "go" and CRIDER said yes. CRIDER then asked TFO Galiger if he wanted to "to look at this too?" while handing him a small derringer style pistol. CRIDER stated he had been shooting the pistol all day. CRIDER also stated he had ammunition for the weapon, handing four .22 caliber bullets to TFO Galiger. TFO Galiger handed CRIDER three-hundred dollars ($300). CRIDER exited the vehicle and TFO Galiger left the area.

The firearm and narcotics TFO Galiger purchased were cataloged and kept with the Missouri State Highway Patrol. A recording of the transaction was also submitted into evidence. The suspected methamphetamine was sent to the Missouri state Highway Patrol Crime Laboratory to be analyzed. Preliminary weight of the substance was .08 grams.

On June 14, 2018, Special Agent Brian Fox of the Federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) examined the firearm purchased from CRIDER. The firearm was described as:

1. A Colt brand, Fourth model derringer, .22 caliber pistol, serial number 19235N.

Based on this description, SA Fox determined that the firearm was not manufactured in the state of Missouri and therefore travelled in or affected interstate commerce. Additionally, SA Fox determined that Crider sustained the following felonies with the prior convictions in bold considered potential 924 (e) predicates.

**1. November 6, 2000; Burglary (Class 2 Felony); Marshall County Illinois Circuit Court; Case Number 2000-CF-5; Dates of offense 03/22/2000, 03/29/2000, and 04/26/2000; Sentenced to five (5) years confinement.**

**2. November 6, 2000; Burglary (Class 2 Felony); Marshall County Illinois Circuit Court; Case Number 2000-CF-5; Dates of offense 02/22/2000, 02/22/2000, and 03/18/2000; Sentenced to five (5) years confinement.**

**3. November 6, 2000; Burglary (Class 2 Felony); Marshall County Illinois Circuit Court; Case Number 2000-CF-5; Dates of offense 02/26/2000, 03/23/2000, 04/09/2000 and 04/22/2000; Sentenced to five (5) years confinement.**

**4. November 6, 2000; Burglary (Class 2 Felony); Marshall County Illinois Circuit Court; Case Number 2000-CF-5; Dates of offense 04/26/2000; Sentenced to five (5) years confinement.**

5. June 2, 2003; Possession of a Controlled Substance (Class C Felony); Howell County Missouri Circuit Court; Case Number 03CR780268-01; Date of offense 02/01/2003; Sentenced to six (6) months confinement.

**6. June 2, 2003; Unlawful Use of a Weapon (Class D Felony); Howell County Missouri Circuit Court; Case Number 03CR780268-01; Date of offense 02/01/2003; Sentenced to six (6) months confinement.**

7. December 27, 2004; Possession of a Controlled Substance (Class C Felony); Howell County Missouri Circuit Court; Case Number 04CR695335-01; Date of offense /8/18/2004; Sentenced to two (2) years confinement.

8. July 7, 2008; Theft greater than $500 but less than $25,000 (Class C Felony; Howell County Missouri Circuit Court; Case Number 07C3-CR01534-01; Date of offense; 08/28/2007; Sentenced to five (5) years confinement.

9. August 11, 2008; Operating a Vehicle without a License (Misdemeanor); Circuit Court of West Plains, Missouri; Case Number 08C3CR00781; Sentenced to two (2) days confinement.

**10. February 27, 2017; Possession with Intent to Distribute a Controlled Substance (Class B Felony); Howell County Missouri Circuit Court; Case Number 16AL-CR01508; Sentenced to five (5) years probation.**

3. The United States submits that there is clear and convincing evidence that there are no conditions that the Court could place on Crider's release that would reasonably assure his appearance in Court and the safety of the community. *See* 18 U.S.C. § 3142(g)(1) nature and circumstances of the offense; (2) weight of the evidence; (3)(A) the defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, and (B) whether the defendant was on probation/parole at the time of the offense; and (4) danger to the community or other persons. Because of this, the United States requests that a detention hearing be held and that Crider be detained. *See generally, United States v. Sazenski*, 806 F.2d 846, 848 (8th Cir. 1986); *United States v. Warren*, 787 F.2d 1337, 1338 (8th Cir. 1986).

WHEREFORE, based on the foregoing, the United States requests that the Court hold a detention hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of Crider.

        Respectfully,

        Timothy A. Garrison
        United States Attorney


By    */s/ William L. Meiners*
       William L. Meiners
       Assistant United States Attorney
       Missouri Bar No. 28263
       500 Hammons Tower
       901 St. Louis Street
       Springfield, Missouri 65806
       (417) 831-4406

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 5, 2018, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ William L. Meiners*
William L. Meiners
Assistant United States Attorney